IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GILBERT GUTIERREZ,

    Petitioner,

v.

RANDY GROUNDS, Warden,

    Respondent.

No. C 13-01862 YGR (PR)

**JUDGMENT**

For the reasons set forth in this Court's Order of Dismissal Without Prejudice,

IT IS ORDERED AND ADJUDGED

That Petitioner take nothing, that the action be dismissed in accordance with the Court's Order, and that each party bear its own costs of action.

IT IS SO ORDERED.

DATED: August 15, 2013

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

G:\PRO-SE\YGR\HC.13\Gutierrez1862.jud.wpd